**No. 62810.**—John Gross and Company *v.* United States, protest 58/6771 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 62811.**—F. E. McCartney *v.* United States, protest 170251–K (Duluth).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 62812.**—Geo. E. Athans Co. et al. *v.* United States, protests 193171–K, etc. (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise covered by protest 193171–K consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C.D. 1917), the claim at 20 cents per gallon under paragraph 744 as olives in brine, green, was sustained.   The merchandise the subject of protests 193172–K and 182552–K, stipulated to be the same as that the subject of C.D. 1917, *supra*, was held dutiable at 15 cents per gallon under the provision in said paragraph 744, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52423), for olives in brine, green, not green in color, not pitted or stuffed, and not packed in airtight containers of glass, metal, or glass and metal.

**No. 62813.**—Joseph Victori & Co., Inc. *v.* United States, protest 58/22212 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C.D. 1917), the claim of the plaintiff was sustained.